IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE FULTON,                          :
                                        :
          Petitioner(s),                :
                                        :   Case Number: 1:05CV316
     vs.                                :
                                        :   District Judge Susan J. Dlott
WARDEN, LEBANON CORRECTIONAL
INSTITUTION,                            :
                                        :
          Respondent(s).                :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on January 10, 2007 Report and Recommendations (Doc.

14). Subsequently, the Petitioner filed objections to such Report and Recommendations (Doc.

15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's petitioner for writ of habeas corpus pursuant to 28 U.S.C. §

2254 (Doc. 1) is DENIED.

A certificate of appealability should issue with respect to the constitutional claim alleged

in Ground One of the petition because reasonable jurists could debate whether this claim should

have been resolved in a different manner and, alternatively, whether the issue presented in this

ground fo relief is "adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell,* 537 U.S. 322, 336 (2003) (quoting *Slack v McDaniel,* 529 U.S. 473, 484 (2000) (in turn quoting *Barefoot v. Estelle,* 463 U.S. 880, 893 n.4 (1983)).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation will be taken in "good faith" and, therefore, GRANTS Petitioner leave to proceed on appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed.R. App. P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge